UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:23-CV-00344-CRS

MARY O.                                                                                                   PLAINTIFF

v.

MARTIN O'MALLEY,                                                                              DEFENDANT
Commissioner of Social Security[1]

## ORDER

The Magistrate Judge has filed her Report and Recommendation (DN 20), and no objections thereto have been filed. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 20) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of disability insurance benefits to Plaintiff.

**IT IS SO ORDERED**.

August 16, 2024

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

---

[1] On December 20, 2023, Martin O'Malley became the Commissioner of Social Security. Pursuant to FED. R. CIV. P. 25(d), Martin O'Malley is substituted for Kilolo Kijakazi as Defendant in this case.